MINUTE ENTRY
NORTH, M.J.
FEBRUARY 4, 2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JEROME BROWN | CIVIL ACTION |
| VERSUS | NUMBER: 14-1373 |
| BEVERLY CONSTRUCTION CO. | SECTION: "R"(5) |

### HEARING ON MOTION

COURT REPORTER:  Arlene Movahed

APPEARANCES:     Jerome Brown, Brandon Davis

MOTION:

    (1)    Plaintiff's Motion to Compel (Rec. doc. 28).
    (2)    Defendant's Rule 37(b)(2)(A) Motion to Dismiss (Rec. doc. 30).

_____ :     Continued to

_____ :     No opposition

\_\_1,2\_ :     Opposition

### ORDERED

_____ :     Dismissed as moot.

_____ :     Dismissed for failure of counsel to appear.

_____ :     Granted.

_____ :     Denied.

\_\_1,2\_ :     Other:

MJSTAR(01:00)

1: <u>Plaintiff's Motion to Compel</u>

Defendant is to provide Plaintiff with a copy of the JSA Reports that he authored during his employment with Beverly and any documentation that exists concerning racial remarks allegedly made to Plaintiff by Brian Scott. In all other respects, Plaintiff's motion is denied for failure to comply with the Court's minute entry of January 7, 2015 directing him "to identify in writing and to thereafter confer with counsel for Defendant as to any . . . information that has not been produced." (Rec. doc. 26, p. 2).

Plaintiff is cautioned that he is to adhere to the Federal and Local Rules before filing any additional discovery motions. Any future such failure will result in the motion being denied.

2. <u>Defendant's Rule 37(b)(2)(A) Motion to Dismiss</u>

Given the contradictory and limited authorizations that were provided to Defendant, Plaintiff is to execute a new set of authorizations before leaving the courthouse today. Within one (1) week, Plaintiff is to personally hand-deliver to counsel for Defendant formal, complete responses to Defendant's written discovery requests, without objections, that fully comply with the Federal Rules of Civil Procedure and the Local Rules of this Court. For any information or documents sought by Defendant which Plaintiff does not possess, he is to explain that in writing. After receiving Plaintiff's responses, Defendant is to advise the Court, in writing, of the adequacy of those responses and the hearing on its motion will be reconvened on a date to be determined. Defendant's request for relief under Rule 37(b)(2)(A) is taken under advisement pending compliance with this order. **Plaintiff is specifically cautioned that his failure to comply with any of the terms of this order will result in the issuance of a Report and Recommendation recommending this his lawsuit be dismissed.**

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

2